JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENINSULA VENTURES I LLC, <br><br> Plaintiff, <br><br> v. <br><br> NANO VISION PTE LTD, <br><br> Defendant. | Case No. CV 20-5332 FMO (JEMx) <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(2), (Dkt. 32), IT IS ORDERED that the above-captioned action is hereby **dismissed without prejudice**. The court will not retain jurisdiction to enforce the settlement agreement. See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381-82, 114 S.Ct. 1673, 1677 (1994).

Dated this 17th day of May, 2021.

/s/
Fernando M. Olguin
United States District Judge